UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JEFFREY WINGATE
JENNIFER WINGATE                                    Chapter 7
                                                    Case No. 09-61740-PJS
                        Debtor.                     Hon: Phillip J. Shefferly

_____/


**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

        The attached check in the amount of $1.00, which represents unclaimed dividends in this estate

and is paid to the Court pursuant to 11 U.S.C. §347.  The name and address of the party entitled to the

unclaimed dividends is:

CLAIM
NUMBER      CLAIMANT                                              AMOUNT
*           Jeffrey Wingate                                       $1.00
            495 Vinewood Avenue
            Birmingham, MI 48009

                                **TOTAL:**          **$1.00**


**\* There is no claim number.  This was a check sent to the debtor for his exemptions that was
never cashed.**



Dated:    9/14/10                              /s/ Stuart A. Gold
                                         Stuart A. Gold, Trustee
                                         24901 Northwestern Hwy., Ste 444
                                         Southfield, MI 48075-2223
                                         (248) 350-8220
                                         stuart.gold@7trustee.net